ED MERRITT, APPELLEE, V. DRAINAGE DISTRICT, APPELLANT.

FILED MAY 26, 1924.   No.· 23097.

APPEAL from the district court for Richardson county: JOHN B. RAPER, JUDGE.  *Affirmed.*

*Dan J. Riley* and *Dort, Cain & Witte,* for appellant.

*James E. Leyda, contra.*

Heard before MORRISSEY, C. J., LETTON, DEAN, DAY, GOOD and THOMPSON, JJ.

THOMPSON, J.

This case was submitted at the same time that the case of *Miller v. Drainage District, ante,* p. 206, was argued and submitted. It appears from the record that the facts and questions of law involved are the same as in the before-mentioned case, and it follows that the decision in that case controls in this case.

The judgment is

AFFIRMED.